**DISTRICT COURT OF MARYLAND FOR** Prince George's County

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under   ☒ over $5,000

CASE NO. CV

Clerk: Please docket this case in an action of ☐ **contract** ☒ **tort** ☐ **replevin** ☐ **detinue** ☐ **bad faith insurance claim** ☐ **consumer debt (original creditor)**
The particulars of this case are:

### PARTIES

Plaintiff - Name Address, Telephone Number
Remy Nelson
c/o: Timian & Fawcett LLC
8201 Corporate Dr, Suite 730
Hyattsville, MD 20785

### VS.

Defendant(s) - Name, Address, Telephone Number

1. Washington Metropolitan Area Transit Authority
Serve: General Counsel
600 5th Street NW
Washington, DC 20001
Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff

2. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

☐ I am interested in trying to resolve this dispute through mediation/ADR (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims:
Principal: $ 25,000.00
Pre-judgment interest at the ☐ legal rate ☐ contractual rate, calculated at _____%, from _____ to _____ (_____ days x $_____ per day)
Total Principal + pre-judgment interest: $_____
Post-judgment interest at the ☐ legal rate ☐ contractual rate until _____, legal rate thereafter ☐ waived
and attorney's fees of $_____ plus court costs.
☐ Return of the property valued at $_____ and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, $_____ and damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Attorney Number: 0412140239
Printed Name: Alan R. Fawcett
Address: 8201 Corporate Dr. Suite 730
Hyattsville, MD 20785
Telephone: 240-487-7560   Fax: 410-927-8151
E-mail: alan@timianfawcett.com

### ATTORNEYS

For Plaintiff – Name, Address, Telephone Number & Code
Alan R. Fawcett #0412140239
8201 Corporate Dr. Suite 730
Hyattsville, MD 20785
240-487-7560

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
     Name
☐ No defendant is in the military service. The facts supporting this statement are:_____
Specific facts must be given for the court to conclude that each defendant who is a natural person is not in the military.
☐ I am unable to determine whether or not any defendant is in military service.
☐ Verified through DOD at: http://scra.dmdc.osd.mil/

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____     _____
Date       Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

_____     _____
Date       Signature of Affiant

DC-CV-001 (front) (Rev. 10/01/2023)                                        CMPET

## NOTICE TO DEFENDANT
### Before Trial

**This complaint contains the details of the plaintiff's claim against you** and the relief that the plaintiff (the person or company suing you) seeks. The plaintiff has the burden to provide evidence to prove their case at trial. If the plaintiff has completed the affidavit portion of the complaint form, the evidence should be attached to the complaint.

**You may hire your own attorney.** If you're not able to hire an attorney, you can get legal help from an attorney through a **Maryland Court Help Center.** Court locations are open Monday to Friday from 8:30 a.m. to 4:30 p.m. Help is available by phone at 410-260-1392 or by live chat Monday through Friday from 8:30 a.m. to 8:00 p.m. For Help Center locations, visit: mdcourts.gov/helpcenter.

Court staff, including clerks are not permitted to give you legal advice. If you have any questions, you should consult the Maryland Court Help Center or your own attorney.

**If you wish to contest (fight) the claim,** you must file the Notice of Intention to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two (2) weeks before the trial date to request subpoenas, and you should bring to court on the trial date all evidence you want the court to consider. **If you don't bring your evidence to the hearing, the judge can't consider it.**

**If you do nothing, a judgment could be entered against you that may result in a lien on your property, garnishment of your wages, and freezing your bank account.**

**You may request a remote hearing.** For more information about remote hearings, visit mdcourts.gov/district/remotehearings or contact the court (mdcourts.gov/district/directories/courtmap). If you do not attend the hearing, a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. Ask the court for a new trial by filing a Motion for a New Trial within **ten (10) days** after the entry of judgment, stating your reasons clearly. If the court denies your motion, you may still file an appeal; if the court grants your motion, you must appear in the District Court for a new trial.
2. Ask the court to change the judgment by filing a Motion to Alter or Amend the Judgment within **ten (10) days** after the entry of judgment.
3. Ask the court to change or undo the judgment by filing a Motion to Revise or Vacate the Judgment within **30 days** after the entry of judgment.
4. **APPEAL** to the circuit court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA-109A), unless the court determines that you are indigent. If the amount of the claim, not including court costs, interest, and attorney's fees, was $5,000 or less, you will have a new trial in the circuit court. If the amount of the claim was more than $5,000, you will also have to order and pay for a transcript of the District Court trial record by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA-027BR).

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the plaintiff or plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the plaintiff or plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Judgment Debtor Information Sheet:** You may receive form CC-DC-CV-114 from the plaintiff requesting information about your income and debts. If you complete the form accurately and return it to the creditor as indicated, you will not have to answer interrogatories or appear for an oral examination for at least a year from the date of judgment. **NOTE:** A Judgment Debtor Information Sheet may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).
2. **Interrogatories:** These are written questions. You must answer these written questions about your income and assets in writing under penalties of perjury. **NOTE:** Interrogatories may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).
3. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income. **NOTE:** An oral examination may not be used to enforce a money judgment resulting from a small claims action (amount sued for was $5,000 or less, exclusive of interest, costs, and attorney's fees).
4. **Writ of Execution:** This document requires the sale or seizure of any of your possessions. Some of your property or possessions may be protected from the writ. These exemptions are explained in detail on the reverse side of the Writ of Execution form DC-CV-040. The court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
5. **Garnishment of Property:** The court may issue a writ freezing your bank account or holding your assets until further court proceedings.
6. **Garnishment of Wages:** The court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

If you have any questions, you should consult an attorney. Court staff are not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: mdcourts.gov/district/public_brochures or mdcourts.gov/legalhelp/moneyissues

## NOTICE TO PLAINTIFF

**REQUESTING A JUDGMENT BY AFFIDAVIT OR DEFAULT:**
Federal Law requires the filing of a military service affidavit. Information about the Servicemembers Civil Relief Act and the required affidavit can be found on the court's website at: mdcourts.gov/reference/scra.

**AFTER THE COURT ENTERS A JUDGMENT:**

1. If the court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 10/01/2023)                                                                                                                                CMPET

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

REMY NELSON　　　　　　　　　　　　　　＊
c/o: Timian & Fawcett LLC
8201 Corporate Dr, Suite 730　　　　　　＊
Hyattsville, MD 20785
　　　　　　　　　　　　　　　　　　　　＊

　　　　　　　Plaintiff　　　　　　　　　＊
　　　　　　　　　　　　　　　　　Case No:
vs.　　　　　　　　　　　　　　　　　　　＊

WASHINGTON METROPOLITAN AREA　　　＊
TRANSIT AUTHORITY
Serve: General Counsel　　　　　　　　　＊
600 5th Street NW
Washington, DC 20001　　　　　　　　　＊

　　　　　　　Defendants　　　　　　　　＊

## COMPLAINT

**COMES NOW,** the Plaintiff, Remy Nelson, by and through his attorneys, Timian & Fawcett, LLC., and Alan R. Fawcett, and brings suit against the Defendant, Washington Metropolitan Area Transit Authority, (herein after "WMATA"), and as grounds therefore states as follow:

1. That jurisdiction is vested in this Honorable Court in that the Defendant conducts business in Prince George's County, Maryland, and the amount in controversy is Twenty-Five Thousand Dollars ($25,000.00) or less.

2. That on or about May 30, 2023, Plaintiff, Remy Nelson, was a passenger in a WMATA vehicle when Defendants, employee, was traveling on Washington PL, negligently maintained, operated, and controlled his/her motor vehicle so as to collide into the rear of another vehicle, causing Plaintiff to sustain serious personal injuries.

3. That at all times pertinent hereto the Plaintiff, Remy Nelson, acted in a reasonable and non-negligent manner.

4. That the driver of the Metro bus was in the scope of his/her employment/agency/servitude with Defendant, WMATA, at the time of the incident.

5. On the occasion in question, the Defendant, WMATA's, agent was negligent in the following particulars, among others, to wit: failing to obey a properly placed traffic control device, failing to maintain his/her speed to avoid a collision, and failing to obey the traffic rules and regulations then and there in full force and effect in the Prince George's County, Maryland, and otherwise failed to operate said bus in a safe and reasonable manner.

6. As a direct, sole, and proximate result of Defendant, WMATA's, agent's negligence, Plaintiff, Remy Nelson, was caused to sustain injuries to all parts of her body, including but not limited to: her back and right knee. Plaintiff suffered pain from these injuries, incurred in the past and will incur in the future medical expenses, lost time from gainful employment, and suffered pain and anguish all to the damage of the Plaintiff, Remy Nelson, in the sum of $25,000.00 (Twenty-Five Thousand Dollars).

**WHEREFORE**, pursuant to Plaintiff, Remy Nelson, prays that this Honorable Court enter Judgment against the Defendant, WMATA, in the sum of $25,000.00 (Twenty-Five Thousand Dollars) plus the cost of filing this suit and interest.

**TIMIAN & FAWCETT, LLC**

_____
Alan R. Fawcett, Esq.
CPF #: 0412140239
8201 Corporate Drive, #730
Hyattsville, MD 20785
(240) 487-7560

alan@timianfawcett.com
*Attorney for Plaintiff*